## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### (337) 433-9403

Todd Samuels Clemons
Attorney at Law
1740 Ryan Street
Lake Charles LA 70601

Adam P. Johnson
Johnson & Verchier, L.L.C.
P. O. Box 849
Lake Charles LA 70602


**REHEARING ACTION: January 27, 2016**


**Docket Number: 15   00522-KA**

**STATE OF LOUISIANA**
**VERSUS**
**WOODROW KAREY, JR.**
**AKA WOODROW KAREY, II**

**Appealed from Calcasieu Parish Case No. 17151-14**


**BEFORE JUDGES:**

   Hon. Sylvia R. Cooks
   Hon. Jimmie C. Peters
   Hon. Marc T. Amy


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Woodrow Karey, Jr.** has this day been

   **DENIED.**
   Cooks, J., would grant the rehearing.


cc: John Foster DeRosier, Counsel for the Appellee
    Carla Sue Sigler, Counsel for the Appellant
    Christy May, Counsel for the Appellant
    Cynthia Skerrett Killingsworth, Counsel for the Appellant